| AO-10 | | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics in Government Act of 1978 |
| Rev. 1/2004 | | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PAYNE, JAMES H | 2. Court or Organization U.S.D.C.(EAST/NORTH/WEST OKLA) | 3. Date of Report 5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (active) * | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 200 U.S. COURTHOUSE P.O. BOX 2459 MUSKOGEE, OKLAHOMA 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2004 MAY 17 P 1:19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 4TH STREET BUILDING CORP, Muskogee, OK (1989) | C | Dividend | L | Q | | | | | |
| 2. ███████ FARM - Stonewall Co., TX (1/8 interest) | A | Rent | L | W | | | | | |
| 3. BANCFIRST (formerly City Bank) Muskogee, OK SAVINGS | A | Interest | J | T | | | | | |
| 4. BANCFIRST (formerly City Bank) Muskogee, OK SAVINGS | A | Interest | J | T | | | | | |
| 5. COMMERCIAL REAL ESTATE - ███████ Muskogee, OK (1/5 int) | A | Rent | K | W | | | | | |
| 6. EDWARD D. JONES CO - Muskogee, OK - MONEY MARKET | A | Interest | J | T | | | | | |
| 7. Wal-Mart Stores, Inc. (Wmt) STOCK | A | Dividend | K | T | | | | | |
| 8. UTS Van Kampen Merritt ANNUITY | A | Dividend | J | T | | | | | |
| 9. Anchor Nat'l ANNUITY | B | Dividend | K | T | | | | | |
| 10. AmCap Fund,Inc.MUTUAL FUND (HIGH INCOME) | A | Dividend | K | T | | | | | |
| 11. Polaris Variable ANNUITY ** | A | Dividend | | T | | | | | |
| 12. American Mutual Funds, Inc | B | Dividend | K | T | | | | | |
| 13. Vodafone (Vod) STOCK | A | Dividend | J | T | | | | | |
| 14. Edison, Int'l (EIX) STOCK | A | Dividend | J | T | | | | | |
| 15. Pepsico (PEP) STOCK | C | Dividend | M | T | | | | | |
| 16. Tricon Global (Yum) STOCK | A | Dividend | K | T | | | | | |
| 17. SBC Commun (SBC) STOCK | B | Dividend | L | T | | | | | |
| 18. AmCapFund - MUTUAL FUND | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oracle (ORCL) STOCK | A | Dividend | K | T | | | | | |
| 20. Compaq Computers (CPQ) STOCK | A | Dividend | J | T | Merger | 05-02 | J | B | |
| 21. Staples (SPLS) STOCK | A | Dividend | J | T | | | | | |
| 22. Oneok (OKE) STOCK | A | Dividend | J | T | | | | | |
| 23. Pfizer, Inc. (PFE) STOCK | A | Dividend | J | T | | | | | |
| 24. Washington Mutual Investors MUTUAL FUND | A | Dividend | J | T | | | | | |
| 25. Williams Co., Inc.(WMB)STOCK | A | Dividend | J | T | | | | | |
| 26. Cisco (CSCO) STOCK | A | Dividend | J | T | | | | | |
| 27. EuroPacific Growth (AEPGX) MUTUAL FUND (X) | A | Dividend | J | T | | | | | |
| 28. Putnam New C (PNCAX) MUTUAL FUND | A | Dividend | J | T | | | | | |
| 29. Putnam New Opp (PNOPX) MUTUAL FUND | A | Dividend | J | T | | | | | |
| 30. Delta Airlines (DAL) STOCK | A | Dividend | J | T | | | | | |
| 31. European Growth Port 00A MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32. John Hancock Growth MUTUAL FUND | A | Dividend | J | T | | | | | |
| 33. ML Growth Fund CLB MUTUAL FUND | A | Dividend | J | T | | | | | |
| 34. Alliance DDFD-Corp. Bond Port CLB MUTUAL FUND | A | Dividend | K | T | | | | | |
| 35. ML Banking Advantage MONEY MARKET | B | Interest | K | T | | | | | |
| 36. CMA Money Fund MONEY MARKET | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Puerto Rico Cmwlth IFA MUN. BOND | A | Dividend | K | T | | | | | |
| 38. Williams Communication (STOCK) | A | Dividend | J | T | Bankrupt | 01-01 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAYNE, JAMES H | 5/13/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████

Date  5/13/2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544